JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>THOMAS HOLZMANN, et al.,<br><br>       Defendants. | ) No. CR-S-11-454 GEB<br>)<br>)<br>) STIPULATION AND<br>) [PROPOSED ORDER] CONTINUING<br>) STATUS CONFERENCE<br>)<br>)<br>) Date:  February 24, 2012<br>) Time:  9:00 a.m.<br>) Judge:  Honorable Garland E. Burrell, Jr.<br>)<br>)<br>) |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Eddy Arevalo, Steve Bauer, Esq., counsel for defendant Thomas Holzmann, Michael Stepanian, Esq., counsel for defendant Peter Holzmann, Randy Sue Pollock, Esq., counsel for defendant Jonathan Sherman, Shari Rusk, Esq., and counsel for defendant Joseph Andrade, John R. Manning, Esq., that the status conference presently set for January 20, 2012, be **continued to February 24, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

   Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to

1

prepare) from the date of the parties stipulation, January 17, 2012, to and including February 24, 2012.  Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.  The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: January 17, 2012               /s/  Steve Bauer
                                      STEVE BAUER
                                      Attorney for Defendant
                                      Eddy Arevalo

Dated: January 17, 2012               /s/  Michael Stepanian
                                      MICHAEL STEPANIAN
                                      Attorney for Defendant
                                      Thomas Holzmann

Dated: January 17, 2012               /s/  Randy Sue Pollock
                                      RANDY SUE POLLOCK
                                      Attorney for Defendant
                                      Peter Holzmann

Dated: January 17, 2012               /s/  Shari Rusk
                                      SHARI RUSK
                                      Attorney for Defendant
                                      Jonathan Sherman

Dated: January 17, 2012               /s/  John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Joseph Andrade

Dated: January 17, 2012               Benjamin B. Wagner
                                      United States Attorney

                                 by:  /s/ Jill M. Thomas
                                      JILL M. THOMAS
                                      Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>THOMAS HOLZMANN, et al.,<br><br>  Defendants. | No. CR-S-11-454 GEB<br><br>[PROPOSED] ORDER TO<br> CONTINUE STATUS CONFERENCE |

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 17, 2012, to and including February 24, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 20, 2012, status conference shall be continued until February 24, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  1/17/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge