```
SHARI RUSK (# 170313)
ATTORNEY AT LAW
P.O. BOX 188945
Sacramento, CA. 95818
(916) 804-8656
Fax (916) 443-1165

Attorney for Defendant
JONATHAN SHERMAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS HOLZMANN, et al.,<br><br>    Defendants. | ) No. CR-S-11-454 GEB<br>)<br>)<br>) STIPULATION AND<br>) [PROPOSED ORDER] CONTINUING STATUS<br>) CONFERENCE<br>)<br>)<br>) Date:  May 18, 2012<br>) Time:  9:00 a.m.<br>) Judge:  Honorable Garland E. Burrell, Jr.<br>)<br>)<br>) |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Eddy Arevalo, Steve Bauer, Esq., counsel for defendant Thomas Holzmann, Michael Stepanian, Esq., counsel for defendant Peter Holzmann, Randy Sue Pollock, Esq., counsel for defendant Jonathan Sherman, Shari Rusk, Esq., and counsel for defendant Joseph Andrade, John R. Manning, Esq., that the status conference presently set for February 24, 2012, be **continued to May 18, 2012, at 9:00 a.m.**, thus **vacating** the presently set status conference.

   Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, February 21, 2012, to and including May 18,

1

2012.  Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.  The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: February 21, 2012                              /s/  Steve Bauer
                                                     STEVE BAUER
                                                     Attorney for Defendant
                                                     Eddy Arevalo

Dated: February 21, 2012                              /s/  Michael Stepanian
                                                     MICHAEL STEPANIAN
                                                     Attorney for Defendant
                                                     Thomas Holzmann

Dated: February 21, 2012                              /s/  Randy Sue Pollock
                                                     RANDY SUE POLLOCK
                                                     Attorney for Defendant
                                                     Peter Holzmann

Dated: February 21, 2012                              /s/  Shari Rusk
                                                     SHARI RUSK
                                                     Attorney for Defendant
                                                     Jonathan Sherman

Dated: February 21, 2012                              /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Joseph Andrade


Dated: February 21, 2012                             Benjamin B. Wagner
                                                     United States Attorney

                                              by:    /s/ Jill M. Thomas
                                                     JILL M. THOMAS
                                                     Assistant U.S. Attorney


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by

granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    The Court orders that the time from the date of the parties' stipulation, February 21, 012, to and including May 18, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the February 24, 2012, status conference shall be continued until May 18, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date: 2/22/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge