JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS HOLZMANN, et al.,

    Defendants.

No. CR-S-11-454 GEB

STIPULATION AND
[PROPOSED ORDER] CONTINUING
STATUS CONFERENCE

Date:  July 6, 2012
Time:  9:00 a.m.
Judge: Honorable Garland E. Burrell, Jr.

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Eddy Arevalo, Dina Santos, Esq., counsel for defendant Thomas Holzmann, Michael Stepanian, Esq., counsel for defendant Peter Holzmann, Randy Sue Pollock, Esq., counsel for defendant Jonathan Sherman, Shari Rusk, Esq., and counsel for defendant Joseph Andrade, John R. Manning, Esq., that the status conference presently set for May 18, 2012, be **continued to July 6, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to

prepare) from the date of the parties stipulation, May 14, 2012, to and including July 6, 2012. Currently the discovery in this case includes 2,962 pages, 14 video DVDs, and 1 audio CD.  The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: May 10, 2012                                          /s/  Dina Santos
                                                             DINA SANTOS
                                                             Attorney for Defendant
                                                             Eddy Arevalo

Dated: May 10, 2012                                          /s/  Michael Sepanian
                                                             MICHAEL STEPANIAN
                                                             Attorney for Defendant
                                                             Thomas Holzmann

Dated: May 10, 2012                                          /s/  Randy Sue Pollock
                                                             RANDY SUE POLLOCK
                                                             Attorney for Defendant
                                                             Peter Holzmann

Dated: May 10, 2012                                          /s/  Shari Rusk
                                                             SHARI RUSK
                                                             Attorney for Defendant
                                                             Jonathan Sherman

Dated: May 10, 2012                                          /s/  John R. Manning
                                                             JOHN R. MANNING
                                                             Attorney for Defendant
                                                             Joseph Andrade

Dated: May 10, 2012                                          Benjamin B. Wagner
                                                             United States Attorney

                            by:       /s/ Jill M. Thomas
                                                             JILL M. THOMAS
                                                             Assistant U.S. Attorney

**ORDER**

      The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within

the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

     The Court orders that the time from the date of the parties' stipulation, May 14, 2012, to and including July 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 18, 2012, status conference shall be continued until July 6, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date:  5/15/2012**

                                                  GARLAND E. BURRELL, JR.
                                                United States District Judge