RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:  (510)272-0711
pollockesq@aol.com

Attorney for Defendant
**KIM PETER HOLZMANN**

MICHAEL STEPANIAN
Attorney at Law (037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 272-0711
mstepanian@sbcglobal.net

Attorney for Defendant
**KIM THOMAS HOLZMANN**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIM THOMAS HOLZMANN,<br>KIM PETER HOLZMANN,<br><br>Defendants.                        / | CASE NO.11-0454-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND AMENDING DATES FOR PROBATION FILINGS**<br>_____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from August 31, 2012 to September 28, 2012 as to both Peter Holzmann and Thomas Holzmann based on the need to further prepare for sentencing.

The amended schedule for disclosure of the presentence report shall be as follows:

1.  The draft PSR shall be due August 17, 2012;

2.  The informal probations shall be due August 31, 2012;

3.  The final probation report shall be due on September 7, 2012;

4.  The formal defense objections shall be due on September 14, 2012;

5.  Any reply or statement of no opposition shall be due on September 21, 2012.

United States Probation Officer Scott Storey has no objection to this schedule.

Date: July 18, 2012　　　　　　　　/s/ RANDY SUE POLLOCK
　　　　　　　　　　　　　　　　　Randy Sue Pollock
　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　Kim Peter Holzmann

Date: July 18, 2012　　　　　　　　/s/ MICHAEL STEPANIAN
　　　　　　　　　　　　　　　　　Michael Stepanian
　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　Kim Thomas Holzmann

Date: July 18, 2012　　　　　　　　/s/ JILL THOMAS
　　　　　　　　　　　　　　　　　Jill Thomas
　　　　　　　　　　　　　　　　　Assistant United States Attorney

SO ORDERED:　　　　　　　　　　.

Dated:  July 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2