1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510)763-9967
   Facsimile:  (510)272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   **KIM PETER HOLZMANN**
6
   MICHAEL STEPANIAN
7  Attorney at Law (CSBN 037712)
   819 Eddy Street
8  San Francisco, CA 94109
   Telephone: (415) 771-6174
9  Facsimile:  (415) 272-0711
   mstepanian@sbcglobal.net
10
   Attorney for Defendant
11 **KIM THOMAS HOLZMANN**

12

13                 UNITED STATES DISTRICT COURT

14                 EASTERN DISTRICT OF CALIFORNIA

15                            –ooo–

16 UNITED STATES OF AMERICA,
                                       CASE NO.11-0454-GEB
17        Plaintiff,

18 vs.
                                       **STIPULATION AND [PROPOSED]**
19                                     **ORDER CONTINUING DATE FOR**
                                       **SENTENCING AND AMENDING**
20 KIM THOMAS HOLZMANN,                **DATES FOR PROBATION FILINGS**
   KIM PETER HOLZMANN,
21                                     _____
          Defendants.
22 _____/

23
      The parties hereby stipulate and ask the Court to continue the date set for
24
   sentencing from September 28, 2012 to November 30, 2012August 31, 2012 as to both
25
   Peter Holzmann and Thomas Holzmann based on the need to further prepare for
26
   sentencing.
27

28

The amended schedule for disclosure of the presentence report shall be as follows:

1. The draft PSR shall be due October 19, 2012;
2. The informal probations shall be due November 2, 2012;
3. The final probation report shall be due on November 9, 2012;
4. The motion for corrections shall be due on November 16, 2012;
5. Any reply or statement of no opposition shall be due on November 26, 2012.

United States Probation Officer Scott Storey has no objection to this schedule.

Date: September 5, 2012           /s/ RANDY SUE POLLOCK
                                  Randy Sue Pollock
                                  Counsel for Defendant
                                  Kim Peter Holzmann

Date: September 5, 2012           /s/ MICHAEL STEPANIAN
                                  Michael Stepanian
                                  Counsel for Defendant
                                  Kim Thomas Holzmann

Date: September 5, 2012           /s/ JILL THOMAS
                                  Jill Thomas
                                  Assistant United States Attorney

SO ORDERED:                       .

Dated:  September 6, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District
Judge

2