```
 1  RANDY SUE POLLOCK
    Attorney at Law (CSBN 64493)
 2  2831 Telegraph Avenue
    Oakland, CA 94609
 3  Telephone: (510)763-9967
    Facsimile:  (510)272-0711
 4  pollockesq@aol.com

 5  Attorney for Defendant
    KIM PETER HOLZMANN
 6
    MICHAEL STEPANIAN
 7  Attorney at Law (CSBN 037712)
    819 Eddy Street
 8  San Francisco, CA 94109
    Telephone: (415) 771-6174
 9  Facsimile:  (415) 272-0711
    mstepanian@sbcglobal.net
10
    Attorney for Defendant
11  KIM THOMAS HOLZMANN
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-0454-GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING AND AMENDING DATES FOR PROBATION FILINGS** |
| KIM THOMAS HOLZMANN, KIM PETER HOLZMANN, | |
| Defendants. / | _____ |

The parties hereby stipulate and ask the Court to continue the date set for sentencing from November 30, 2012 to January 18, 2013 as to both Peter Holzmann and Thomas Holzmann based on the need to further prepare for sentencing. Counsel plans to have psychological evaluations prepared for each defendant.

The amended schedule for disclosure of the presentence report shall be as follows:

1. The motion for corrections shall be due on January 4, 2013;

5. Any reply or statement of no opposition shall be due on January 11, 2013.

United States Probation Officer Scott Storey has no objection to this schedule.


Date: November 16, 2012           /s/ RANDY SUE POLLOCK
                                  Randy Sue Pollock
                                  Counsel for Defendant
                                  Kim Peter Holzmann

Date: November 16, 2012           /s/ MICHAEL STEPANIAN
                                  Michael Stepanian
                                  Counsel for Defendant
                                  Kim Thomas Holzmann

Date: November 16, 2012           /s/ JILL THOMAS
                                  Jill Thomas
                                  Assistant United States Attorney


SO ORDERED:                       .

Dated:  November 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2