RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510)763-9967
Facsimile:   (510)272-0711
pollockesq@aol.com

Attorney for Defendant
**PETER KIM HOLZMANN**

MICHAEL STEPANIAN
Attorney at Law (037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 272-0711
mstepanian@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS KIM HOLZMANN,<br>PETER KIM HOLZMANN,<br><br>　　　　Defendants.<br>_____ / | CASE NO.11-0454-GEB<br><br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING**<br>_____ |

　　　　The parties hereby stipulate and ask the Court to set the date for sentencing for both Peter Holzmann and Thomas Holzmann to March 22, 2013.

　　　　The time period from February 22, 2013 to March 22, 2013 would be deemed excludable pursuant to 18 U.S.C. Section 3161(h)(8)(A), given that the ends of justice

served by granting a continuance outweigh the best interests of the public and of the defendant in a speedy trial.

Dated:  February 20, 2013      /s/ RANDY SUE POLLOCK
                               Attorney for Defendant
                               **PETER KIM HOLZMANN**

Dated:  February 20, 2013      /s/ MICHAEL STEPANIAN
                               Attorney for Defendant
                               Tom Kim Holzmann

Dated:  February 20, 2012      /s/ JILL THOMAS
                               Assistant United States Attorney

SO ORDERED:

Dated: February 21, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2