HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
THOMAS KIM HOLZMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>THOMAS KIM HOLZMANN,<br><br>   Defendant. | No.  Cr. S 11-454 GEB<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable GARLAND E. BURRELL, Jr. |

Defendant, THOMAS KIM HOLZMANN, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On March 22, 2013, this Court sentenced Mr. Holzmann to a term of 98 months imprisonment;

3. His total offense level was 33, his criminal history category was II, the resulting guideline range was 151 to 188 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

1    4.    The sentencing range applicable to Mr. Holzmann was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.    Mr. Holzmann's total offense level has been reduced from 33 to 31, his amended guideline range is 121 to 151 months; a reduction comparable to the one received at the initial sentencing would yield a term of 79 months; and,

6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Holzmann's term of imprisonment to a total term of 79 months.

Respectfully submitted,

Dated: February 19, 2015                    Dated:  February 19, 2015

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 /s/ *Jason Hitt*                            /s/ *David M. Porter*
JASON HITT                                  DAVID M. PORTER
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    THOMAS KIM HOLZMANN


**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Holzmann is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 121 to 151 months.  A reduction comparable to the one received at the initial sentencing would yield a term of 79 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on March 22, 2013 is reduced to a term of 79 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

1  reduction in sentence, and shall serve certified copies of the amended judgment on the United
2  States Bureau of Prisons and the United States Probation Office.
3       Unless otherwise ordered, Mr. Holzmann shall report to the United States Probation
4  Office within seventy-two hours after his release.
5  Dated:  February 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge