## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Garland E. Burrell Jr.
United States District Judge
Sacramento, California

                                                **RE:** **Thomas Kim Holzmann**
                                                      Docket Number: 0972 2:11CR00454-001
                                                      **PERMISSION TO TRAVEL**
                                                      **OUTSIDE THE COUNTRY**

Your Honor:

Thomas Kim Holzmann is requesting permission to travel to Cancun, Mexico. Thomas Kim Holzmann is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On March 22, 2013, Thomas Kim Holzmann was sentenced for the offense of 21 USC 846 and 841(a)(1) – Conspiracy to Manufacture, Distribute and Possess with Intent to Distribute Marijuana (Class A Felony).

**Sentence Imposed:** On March 15, 2015, Sentence Reduced from 98 months to 79 months custody of the Bureau of Prisons; 60-month term of Supervised Release; Mandatory drug testing; No firearms; DNA collection; $100 Special Assessment.

**Dates and Mode of Travel:** November 18, 2017 to November 22, 2017; Airplane.

**Purpose:** Vacation.

RE:   **Thomas Kim Holzmann**
      **Docket Number:  0972 2:11CR00454-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                        Respectfully submitted,

                        /s/ Karen Y. Lucero
                        Karen Y. Lucero
                        United States Probation Officer

Dated:   August 31, 2017
         Sacramento, California
         KYL/sg

**REVIEWED BY:**       /s/ George A. Vidales
                       **George A. Vidales**
                       **Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**Dated:  September 6, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX